**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KATHREIN, JAMES JOSEPH § Case No. 10-75928
KATHREIN, CAROL ANN §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  211 South Court Street
  Room 110
  Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/24/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                              By:     /s/ STEPHEN G. BALSLEY
                                                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KATHREIN, JAMES JOSEPH § Case No. 10-75928
KATHREIN, CAROL ANN §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 34,651.30 |
| *and approved disbursements of* | $ 13,014.00 |
| *leaving a balance on hand of* [1] | $ 21,637.30 |
| **Balance on hand:** | $ 21,637.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Think Mutual Bank | 12,525.76 | 0.00 | 0.00 | 0.00 |
| 9 | Think Mutual Bank | 12,629.07 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,637.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,913.73 | 0.00 | 2,913.73 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,574.50 | 0.00 | 4,574.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,488.23 |
| Remaining balance: | $ 14,149.07 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,149.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,149.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,563.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,225.54 | 0.00 | 1,033.17 |
| 2 | Discover Bank | 4,144.80 | 0.00 | 819.48 |
| 3 | American Infosource Lp As Agent for | 14,680.55 | 0.00 | 2,902.54 |
| 4 | Capital One Bank (USA), N.A. | 9,546.78 | 0.00 | 1,887.52 |
| 5 | Capital One Bank (USA), N.A. | 21,325.72 | 0.00 | 4,216.38 |
| 6 | FIFTH THIRD BANK | 1,070.00 | 0.00 | 211.55 |
| 7 | OPHRYS, LLC | 4,849.71 | 0.00 | 958.85 |
| 10 | Think Mutual Bank | 10,140.31 | 0.00 | 2,004.87 |
| 11 | PYOD LLC its successors and assigns as assignee of | 580.18 | 0.00 | 114.71 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |   |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,149.07 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James Joseph Kathrein  
Carol Ann Kathrein  
    Debtors

Case No. 10-75928-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 2     Date Rcvd: Aug 02, 2011  
Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.

```
db/jdb     +James Joseph Kathrein,   Carol Ann Kathrein,   5581 Speckled Hawk Trail,
             Machesney Park, IL 61115-8325
aty        +Jason K Nielson,   Geraci Law L.L.C.,   55 E. Monroe St. Suite #3400,   Chicago, IL 60603-5920
tr         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2582
17542560    American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK   73124-8840
16492016   +Capital ONE, N.A.,   Attn: Bankruptcy Dept.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
16730332    Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
             Charlotte, NC   28272-1083
16492018   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16492019   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16734036   +FIFTH THIRD BANK,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
16492022   +Fifth Third BANK,   Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16492026   +Global Credit Collections,   Bankruptcy Department,   PO BOX 101928,   Dept 2417,
             Birmingham, AL 35210-6928
16492021  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: HSBC/Bsbuy,   Attn: Bankruptcy Dept.,   Po Box 15519,
             Wilmington, DE 19850)
16789807   +OPHRYS, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16905298   +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16492030   +THD/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
16492014   +Think Mutual BANK,   Attn: Bankruptcy Dept.,   5200 Members Pkwy Nw,   Rochester, MN 55901-8381
16789898   +Think Mutual Bank,   P.O. Box 7194,   Rochester, MN 55903-7194
16492020   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16492028   +UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
16492017  ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo HM Mortgag,   Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16720088     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2011 02:05:29
              American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK   73124-8840
16637580     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2011 01:56:01     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH   43054-3025
16492023    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2011 01:56:01     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
                                                                                            TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2582
16492029*   +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
16492024*   +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
16492015*   +Think Mutual BANK,   Attn: Bankruptcy Dept.,   5200 Members Pkwy Nw,   Rochester, MN 55901-8381
16492027*   +Think Mutual BANK,   Attn: Bankruptcy Dept.,   5200 Members Pkwy Nw,   Rochester, MN 55901-8381
16492025   ##+Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
                                                                          TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett           Page 2 of 2             Date Rcvd: Aug 02, 2011
                              Form ID: pdf006          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**                    **Signature:**    *Joseph Speetjens*