**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KATHREIN, JAMES JOSEPH § | Case No. 10-75928 |
| KATHREIN, CAROL ANN § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $191,590.00                Assets Exempt: $43,215.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,149.07      Claims Discharged
                                                  Without Payment: $58,102.52

Total Expenses of Administration: $7,488.23

---

  3) Total gross receipts of $   34,651.30   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   13,014.00   (see **Exhibit 2**), yielded net receipts of $21,637.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $147,208.00 | $25,154.83 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,488.23 | 7,488.23 | 7,488.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,515.00 | 71,563.59 | 71,563.59 | 14,149.07 |
| **TOTAL DISBURSEMENTS** | $215,723.00 | $104,206.65 | $79,051.82 | $21,637.30 |

4) This case was originally filed under Chapter 7 on November 30, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2011    By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Metlife Annuity: award from personal injury of H | 1129-000 | 34,651.00 |
| Interest Income | 1270-000 | 0.30 |
| **TOTAL GROSS RECEIPTS** | | **$34,651.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James J. Kathrein | Debtor's Exemption (net sum) re: Structured Settlement | 8100-002 | 13,014.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$13,014.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Think Mutual Bank | 4110-000 | 13,189.00 | 12,525.76 | 0.00 | 0.00 |
| 9 | Think Mutual Bank | 4110-000 | 12,830.00 | 12,629.07 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo HM Mortgag | 4110-000 | 121,189.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,208.00** | **$25,154.83** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,913.73 | 2,913.73 | 2,913.73 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,574.50 | 4,574.50 | 4,574.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,488.23 | 7,488.23 | 7,488.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,984.00 | 5,225.54 | 5,225.54 | 1,033.17 |
| 2 | Discover Bank | 7100-000 | 3,980.00 | 4,144.80 | 4,144.80 | 819.48 |
| 3 | American Infosource Lp As Agent for | 7100-000 | 13,049.00 | 14,680.55 | 14,680.55 | 2,902.54 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 9,177.00 | 9,546.78 | 9,546.78 | 1,887.52 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 20,123.00 | 21,325.72 | 21,325.72 | 4,216.38 |
| 6 | FIFTH THIRD BANK | 7100-000 | 1,281.00 | 1,070.00 | 1,070.00 | 211.55 |
| 7 | OPHRYS, LLC | 7100-000 | 4,642.00 | 4,849.71 | 4,849.71 | 958.85 |
| 10 | Think Mutual Bank | 7100-000 | 10,011.00 | 10,140.31 | 10,140.31 | 2,004.87 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 580.00 | 580.18 | 580.18 | 114.71 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Bsbuy | 7100-000 | 688.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 68,515.00 | 71,563.59 | 71,563.59 | 14,149.07 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-75928    Doc 35    Filed 01/03/12    Entered 01/03/12 11:16:49    Desc Main
Document      Page 5 of 8

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75928  
**Case Name:** KATHREIN, JAMES JOSEPH  
KATHREIN, CAROL ANN  
**Period Ending:** 12/06/11  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/30/10 (f)  
**§341(a) Meeting Date:** 12/30/10  
**Claims Bar Date:** 04/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5581 Speckled Hawk Trail, Machesney Park, IL | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Harris Bank | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Harris Bank | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pics | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, weddings rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | sporting goods and hobby equipment | 65.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Metlife Annuity: award from personal injury of H    See Order entered June 27, 2011. | Unknown | 15,000.00 | DA | 34,651.00 | FA |
| 11 | 2003 Lincoln Towncar | 10,875.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Lincoln Towncar | 12,400.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1996 Ford Crown Victoria | 800.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2001 Ford Excursion | 5,600.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 15' Utility Trailer | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.30 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$191,590.00** | **$15,000.00** | | **$34,651.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 1, 2011    **Current Projected Date Of Final Report (TFR):**    July 5, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75928  
**Case Name:** KATHREIN, JAMES JOSEPH  
KATHREIN, CAROL ANN  
**Taxpayer ID #:** **-***4419  
**Period Ending:** 12/06/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-65 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/11 | {10} | Stratcap Investments Inc. | | 1129-000 | 34,651.00 | | 34,651.00 |
| 06/28/11 | 1001 | James J. Kathrein | Debtor's Exemption (net sum) re: Structured Settlement | 8100-002 | | 13,014.00 | 21,637.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 21,637.28 |
| 07/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 21,637.30 |
| 07/05/11 | | To Account #9200******0566 | Transfer funds from MMA to Checking Account | 9999-000 | | 21,637.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 34,651.30 | 34,651.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,637.30 | |
| | | | **Subtotal** | | 34,651.30 | 13,014.00 | |
| | | | Less: Payments to Debtors | | | 13,014.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,651.30** | **$0.00** | |

{} Asset reference(s)

Printed: 12/06/2011 01:56 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75928  
**Case Name:** KATHREIN, JAMES JOSEPH  
KATHREIN, CAROL ANN  
**Taxpayer ID #:** **-***4419  
**Period Ending:** 12/06/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/11 | | From Account #9200******0565 | Transfer funds from MMA to Checking Account | 9999-000 | 21,637.30 | | 21,637.30 |
| 08/24/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,574.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,574.50 | 17,062.80 |
| 08/24/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,913.73, Trustee Compensation;  Reference: | 2100-000 | | 2,913.73 | 14,149.07 |
| 08/24/11 | 103 | Discover Bank | Dividend paid  19.77% on $5,225.54; Claim# 1; Filed: $5,225.54; Reference: | 7100-000 | | 1,033.17 | 13,115.90 |
| 08/24/11 | 104 | Discover Bank | Dividend paid  19.77% on $4,144.80; Claim# 2; Filed: $4,144.80; Reference: | 7100-000 | | 819.48 | 12,296.42 |
| 08/24/11 | 105 | American Infosource Lp As Agent for | Dividend paid  19.77% on $14,680.55; Claim# 3; Filed: $14,680.55; Reference: | 7100-000 | | 2,902.54 | 9,393.88 |
| 08/24/11 | 106 | Capital One Bank (USA), N.A. | Dividend paid  19.77% on $9,546.78; Claim# 4; Filed: $9,546.78; Reference: | 7100-000 | | 1,887.52 | 7,506.36 |
| 08/24/11 | 107 | Capital One Bank (USA), N.A. | Dividend paid  19.77% on $21,325.72; Claim# 5; Filed: $21,325.72; Reference: | 7100-000 | | 4,216.38 | 3,289.98 |
| 08/24/11 | 108 | FIFTH THIRD BANK | Dividend paid  19.77% on $1,070.00; Claim# 6; Filed: $1,070.00; Reference: | 7100-000 | | 211.55 | 3,078.43 |
| 08/24/11 | 109 | OPHRYS, LLC | Dividend paid  19.77% on $4,849.71; Claim# 7; Filed: $4,849.71; Reference: | 7100-000 | | 958.85 | 2,119.58 |
| 08/24/11 | 110 | Think Mutual Bank | Dividend paid  19.77% on $10,140.31; Claim# 10; Filed: $10,140.31; Reference: | 7100-000 | | 2,004.87 | 114.71 |
| 08/24/11 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid  19.77% on $580.18; Claim# 11; Filed: $580.18; Reference: | 7100-000 | | 114.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,637.30 | 21,637.30 | $0.00 |
| | | | Less: Bank Transfers | | 21,637.30 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,637.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,637.30** | |

{} Asset reference(s) 

Printed: 12/06/2011 01:56 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-75928  
**Case Name:** KATHREIN, JAMES JOSEPH  
KATHREIN, CAROL ANN  
**Taxpayer ID #:** **-***4419  
**Period Ending:** 12/06/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-67 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******05-65** | 34,651.30 | 0.00 | 0.00 |
| **Checking # 9200-******05-66** | 0.00 | 21,637.30 | 0.00 |
| **MMA # 9200-******05-67** | 0.00 | 0.00 | 0.00 |
| | $34,651.30 | $21,637.30 | $0.00 |

{} Asset reference(s)    Printed: 12/06/2011 01:56 PM    V.12.57